**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NIKE, INC.,

                Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

                Defendants.

Case No. 22-cv-05268

**Judge Jorge L. Alonso**

**Magistrate Judge Young B. Kim**

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff Nike, Inc.'s ("Plaintiff" or "Nike") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS Nike's Motion for Entry of a Preliminary Injunction against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (the "Seller Aliases"), with the exception of Defendant QTOCIO.

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products using counterfeit and infringing versions of Nike's federally registered trademarks ("Nike Trademarks") to residents of Illinois. A list of the Nike Trademarks is included in the below chart.

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

1

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 978952 | NIKE (word mark) | For: Athletic shoes with spikes and athletic uniforms for use with such shoes in class 025.<br><br>For: Athletic shoes without spikes and athletic uniforms for use with such shoes in class 025. |
| 1153938 | NIKE (word mark) | For: All purpose sports bags, travel bags, hand bags and shoulder bags in class 018. |
| 1214930 | NIKE (word mark) | For: Footwear in class 025. |
| 1945654 | NIKE (word mark) | For: Full line of sports clothing in class 025. |
| 1277066 | NIKE (word mark) | For: Athletic and casual clothing for men, women and children- namely, shirts, pants, shorts, jackets, warm-up suits, headwear, socks in class 025. |
| 4704670 | NIKE (word mark) | For: Eyewear; sunglasses; goggles for sports; computer application software for smart phones and mobile devices, namely, software for social networking, receipt and transmission of data, fitness, and fitness assessments; computer software for fitness and fitness assessments; sensors and electronic monitoring devices incorporating microprocessors, digital display, and accelerometers, for detecting, storing, reporting, monitoring, uploading and downloading sport, fitness training, and activity data to the internet, mobile devices, and communication with mobile devices, computers, and electronic devices in class 009. |

| | | |
|---|---|---|
| 1307123 | NIKE AIR<br>(word mark) | For: Footwear and Cushioning Elements for Footwear Soles in class 025. |
| 3192901 | NIKE FREE<br>(word mark) | For: Footwear in class 025. |
| 977190 |  | For: Athletic shoes with spikes and athletic uniforms for use with such shoes in class 025.<br><br>For: Athletic shoes without spikes and athletic uniforms for use with such shoes in class 025. |
| 1145473 |  | For: All Purpose Sports Bags, Travel Bags, Hand Bags and Shoulder Bags in class 018. |
| 1323343 |  | For: Footwear in class 025. |
| 4704672 |  | For: Eyewear; sunglasses; goggles for sports; computer application software for smart phones and mobile devices, namely, software for social networking, receipt and transmission of data, fitness, and fitness assessments; computer software for fitness and fitness assessments; sensors and electronic monitoring devices incorporating microprocessors, digital display, and accelerometers, for detecting, storing, reporting, monitoring, uploading and downloading sport, fitness training, and activity data to the internet, mobile devices, and communication with mobile |

3

| | | |
|---|---|---|
| | | devices, computers, and electronic devices in class 009. |
| 1284385 |  | For: Athletic and Casual Clothing for Men, Women and Children-Namely, Shirts, Pants, Shorts, Jackets, Warm-Up Suits, Swimwear, Tenniswear, Skirts, Sweaters, Underwear, Headwear, Socks and Wristbands in class 025. |
| 1990180 |  | For: full line of sports clothing in class 025. |
| 2068075 |  | For: footwear and clothing, namely caps, socks and sweatshirts in class 025. |
| 1571066 |  | For: Clothing, namely t-shirts in class 025. |
| 1284386 |  | For: Footwear in class 025. |

4

| | | |
|---|---|---|
| 1237469 |  | For: Athletic and casual clothing for men, women and children- namely, shirts, pants, shorts, jackets, warm-up suits, swimwear, sweaters, underwear, headwear, and socks, handwear in class 025 |
| 1325938 |  | For: Footwear in class 025. |
| 1772987 |  | For: All-purpose sports bags, backpacks and duffle bags in class 018. |
| 2104329 |  | For: Footwear in class 025. |
| 4764071 | JUST DO IT (word mark) | For: All purpose sport bags; Backpacks in class 018.<br><br>For: Footwear; Headbands; Headwear; Pants; Shorts; Sports bras; Tank tops; Tights; Warm up suits in class 025. |
| 1875307 | JUST DO IT. (word mark) | For: Clothing, namely t-shirts, sweatshirts and caps in class 025. |
| 1200529 | SWOOSH (word mark) | For: footwear in class 025. |

| 2164810 | SWOOSH<br>(word mark) | For: clothing namely, socks and T-shirts in class 025. |
|---|---|---|
| 1508348 | AIR MAX<br>(word mark) | For: footwear in class 025. |
| 1789463 | AIR TRAINER MAX<br>(word mark) | For: footwear in class 025. |
| 5503242 | VAPORMAX<br>(word mark) | For: Footwear in class 025. |
| 5286596 | NIKE AIR VAPORMAX<br>(word mark) | For: Footwear in class 025. |
| 2716140 | PRESTO<br>(word mark) | For: Footwear in class 025. |
| 3370246 | LEBRON<br>(word mark) | For:  Footwear; apparel, namely, shirts, pants, shorts, caps, hats, tank tops, t-shirts, pullovers, sweatshirts, jackets, socks in class 025. |
| 3412757 | LEBRON<br>(word mark) | For: All-purpose sports bags, backpacks, and shoe bags for travel in class 018. |
| 1370283 | AIR JORDAN<br>(word mark) | For: footwear and athletic clothing, namely, shirts, pants, shorts in class 025. |
| 1686515 | AIR FLIGHT<br>(word mark) | For: footwear in class 025. |
| 4210496 | MERCURIAL<br>(word mark) | For: Bags, namely, all-purpose sports bags, tote bags, duffle bags, messenger bags and backpacks in class 018.<br><br>For: Footwear in class 025. |
| 3780236 | DUNK<br>(word mark) | For: athletic footwear, not to include shoe care products in class 025. |
| 3520484 | AIR FORCE 1<br>(word mark) | For: Footwear in class 025. |
| 1027021 | CORTEZ<br>(word mark) | For: Athletic shoes for track and field in class 025. |

| 1794058 | DRI-FIT (word mark) | For: clothing; namely, (( pants, )) shorts, tights, tops, and shirts in class 025. |
|---|---|---|
| 2571314 | DRI-FIT (word mark) | For: Clothing, namely, caps, dresses, headbands, jackets, skirts, socks, sports bras, sweatshirts, t-shirts, underwear in class 025.<br><br>For: Sporting goods, namely, soccer shinguards in class 028. |
| 1887959 | DRI-FIT (word mark) | For: clothing; namely, singlets, and vests in class 025. |
| 4393310 | FLYKNIT (word mark) | For: footwear in class 025. |
| 5700611 | TECHKNIT (word mark) | For: Apparel, namely, capri pants, pants, sweatpants, shorts, tank tops, t-shirts, short-sleeved shirts, long-sleeved shirts, sweatshirts, jackets, hats, caps in class 025. |
| 1839775 | THERMA-FIT (word mark) | For: clothing; namely, pants, sweatpants, jackets, sweatshirts, and vests in class 025. |
| 1558100 |  | For: Footwear, t-shirts, shorts, pullovers, pants, warm-up suits and tank tops in class 025. |
| 1742019 |  | For: all-purpose sports bags and backpacks in class 018.<br><br>For: footwear and clothing, namely pants, shorts, shirts, t-shirts, sweatshirts, tank tops, warm-up suits, jackets, hats, caps, and socks in class 025. |

| | | |
|---|---|---|
| 3725535 |  | For: Footwear; Apparel, namely, shirts, pants, shorts; Jackets, hats; Sweatshirt in class 025. |
| 4254513 |  | For: Backpacks, duffle bags, drawstring pouches in class 018<br><br>For: Footwear; apparel, namely, jerseys, pants, shorts, t-shirts, shirts, sweatshirts, hooded sweatshirts, sweatpants, vests, tank tops, jackets, coats, socks, wrist bands, headbands, headwear, hats, caps, sweatbands, sweaters in class 025.<br><br>For: Sports balls; basketballs in class 028. |
| 5392140 |  | For: All-purpose sports bags, backpacks, duffle bags, tote bags, gym bags, drawstring pouches in class 018<br><br>For: Footwear; headwear; hats, caps, headbands, sweatbands; apparel, namely, pants, shorts, shirts, t-shirts, pullovers, jerseys, sweat shirts, sweat pants, sweaters, jackets, socks, vests, hoods in class 025. |
| 3580156 |  | For: Footwear; apparel, namely, shirts, t-shirts, tops in class 025. |
| 4462766 |  | For: Backpacks in class 018.<br><br>For: T-shirts, shirts, sweatshirts, pants, shorts, jackets, tops, socks, footwear in class 025. |

| 3451904 |  | For: Footwear in class 025. |
|---------|----------------------|------------------------------|
| 3451905 |  | For: Footwear in class 025. |
| 5820374 |  | For: Footwear in class 025. |
| 3451906 |  | For: Footwear in class 025. |
| 3451907 |  | For: Footwear in class 025. |
| 6368691 |  | For: Footwear in class 025. |
| 6368693 |  | For: Footwear in class 025. |

| 6368694 |  | For: Footwear in class 025. |
|---------|----------------------|----------------------------|
| 6682467 |  | For: Footwear in class 025. |
| 6682468 |  | For: Footwear in class 025. |

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65.

To obtain a preliminary injunction, Plaintiff must show (1) it is likely to succeed on the merits, (2) it is likely to suffer irreparable harm in the absence of an injunction, (3) the balance of equities tips in its favor, and (4) an injunction is the public interest. *Courthouse News Serv. v. Brown*, 908 F.3d 1063, 1068 (7th Cir. 2018). Additionally, Rule 65 only permits the entry of a preliminary injunction upon notice to the adverse party. Fed. R. Civ. P 65(a)(1). This notice requirement is mandatory. *See Phillips v. Charles Schreiner Bank*, 894 F.2d 127, 131 (5th Cir. 1990).

To start, the Court finds that the notice requirement under Rule 65(a)(1) is met here. The Court authorized Plaintiff to provide service of process and notice of filings through electronic means reasonably calculated to apprise Defendants of this action's pendency and provide them

with an opportunity to present any objections. Dkt. 25; *see also Rio Properties, Inc. v. Rio Intern. Interlink*, 284 F.3d 1007, 1016-1019 (9th Cir. 2002). The docket reflects that Plaintiff provided notice of this motion for preliminary injunction by publishing a copy of its motion for preliminary injunction in accordance with the electronic service authorized by the Court. Dkt. 33 Therefore, the notice requirement is met here.

Turning then to the substance of Plaintiff's motion, evidence submitted in support of this Motion and in support of Nike's previously granted Motion for Entry of a Temporary Restraining Order establishes that Nike has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Nike will suffer irreparable harm if the injunction is not granted. Specifically, Nike has demonstrated a *prima facie* case of trademark infringement because (1) the Nike Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the Nike Trademarks, and (3) Defendants' use of the Nike Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Nike. Furthermore, Defendants' continued and unauthorized use of the Nike Trademarks irreparably harms Nike through diminished goodwill and brand confidence, damage to Nike's reputation, and loss of exclusivity. Monetary damages fail to address such damage and, therefore, Nike has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with them be preliminarily enjoined and restrained from:

a. using the Nike Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Nike product or not authorized by Nike to be sold in connection with the Nike Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Nike product or any other product produced by Nike, that is not Nike's or not produced under the authorization, control or supervision of Nike and approved by Nike for sale under the Nike Trademarks;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Nike, or are sponsored by, approved by, or otherwise connected with Nike; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, or returning products or inventory not manufactured by or for Nike, nor authorized by Nike to be sold or offered for sale, and which bear any of Nike's trademarks, including the Nike Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon Nike's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy"), and DHgate (collectively, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Nike expedited

discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their agents, servants, employees, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Wish.com, Walmart, DHgate, Etsy, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon Nike's request, those with notice of the injunction, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Nike Trademarks.

4.  Defendants shall not transfer or dispose of any money or other Defendants' assets in any of Defendants' financial accounts.

5.  Any Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, DHgate, Etsy, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

    a.  locate all accounts and funds connected to Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto; and

    b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6.  Nike is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34 and 36, related to:

    a.  the identities and locations of Defendants, their agents, servants, employees, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

    b.  the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces.

    Nike is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within five (5) business days of being served via e-mail.

7.     Nike may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order and other relevant documents on a website and by sending an e-mail to Defendants that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants.    The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.     Schedule A to the Complaint [2], Exhibit 3 to the Declaration of Joe Pallett [16-17], and the TRO [25] are unsealed.

9.     Any Defendant or other persons that is subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

10.     The $10,000 bond posted by Nike shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

IT IS SO ORDERED.

Dated:  November 15, 2022

_____

Jorge L. Alonso
United States District Judge

**Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 22-cv-5268**

# Schedule A

| No | URL | Name / Seller Alias |
|---|---|---|
| | **Defendant Online Marketplaces** | |
| 1 | dglebei.en.alibaba.com | Dongguan Lebei Craft Products Co., Ltd. |
| 2 | advancetextiles.en.alibaba.com | Fuzhou Advance Import & Export Co., Ltd. |
| 3 | gzfebwebbing.en.alibaba.com | Guangzhou February Craft Products Co., Ltd |
| 4 | originalsports.en.alibaba.com | Shenzhen Shangbo Industrial Co., Ltd. |
| 5 | aliexpress.com/store/912495514 | 3593560082 Store |
| 6 | aliexpress.com/store/1102012206 | 3C RONC Store |
| 7 | aliexpress.com/store/911136064 | Ali_FashionSport Store |
| 8 | aliexpress.com/store/912134001 | BIAOLUN Store |
| 9 | aliexpress.com/store/1102057854 | BIG official Store |
| 10 | aliexpress.com/store/912664253 | COOL TIMES Store |
| 11 | aliexpress.com/store/911883408 | Diting Store |
| 12 | aliexpress.com/store/1100213787 | Dong Sports Store |
| 13 | aliexpress.com/store/4647010 | Dongbula Official Store |
| 14 | aliexpress.com/store/1102126022 | GE GE T SHIRT Store |
| 15 | aliexpress.com/store/1100383317 | Green Python Store |
| 16 | aliexpress.com/store/216410 | Hamburgers Children's shoe Store |
| 17 | aliexpress.com/store/1100221130 | hazel102 Store |
| 18 | aliexpress.com/store/1102067168 | JIE Trend Store |
| 19 | aliexpress.com/store/1100285013 | JingYan Shoes Store |
| 20 | aliexpress.com/store/1100270046 | KIDS DISNEY Store |
| 21 | aliexpress.com/store/1101782111 | Kumquat Store |
| 22 | aliexpress.com/store/911659329 | LEMAI Baby-Kids Store |
| 23 | aliexpress.com/store/1101861812 | LoveJacket Store |
| 24 | aliexpress.com/store/1101421977 | Minku Store |
| 25 | aliexpress.com/store/1100268149 | Miss Zheng Trend Store |
| 26 | aliexpress.com/store/1100122004 | OMER FARUK KALAN Store |
| 27 | aliexpress.com/store/1101984760 | Pink Packaging Store |
| 28 | aliexpress.com/store/1100354087 | qwe157 Store |

| 29 | aliexpress.com/store/1101563425 | RONC Store |
|----|----------------------------------|------------|
| 30 | aliexpress.com/store/5046075 | ROREST BABY Store |
| 31 | aliexpress.com/store/912395333 | SaDemeng Factory Store |
| 32 | aliexpress.com/store/912657026 | SaDemeng Kids Store |
| 33 | aliexpress.com/store/1101987627 | seven years Store |
| 34 | aliexpress.com/store/1102089184 | shangshuisportswear168 Store |
| 35 | aliexpress.com/store/1102093332 | shangshuisuit668 Store |
| 36 | aliexpress.com/store/1100204006 | shoe factory supply chain Store |
| 37 | aliexpress.com/store/1102012011 | Shop1100209019 Store |
| 38 | aliexpress.com/store/1102016486 | Shop1100218636 Store |
| 39 | aliexpress.com/store/1102018267 | Shop1100220370 Store |
| 40 | aliexpress.com/store/1100221154 | Shop1100221154 Store |
| 41 | aliexpress.com/store/1102041531 | Shop1100345611 Store |
| 42 | aliexpress.com/store/1102050576 | Shop1100371285 Store |
| 43 | aliexpress.com/store/1100379090 | Shop1100379090 Store |
| 44 | aliexpress.com/store/1100380147 | Shop1100380147 Store |
| 45 | aliexpress.com/store/1100383299 | Shop1100385284 Store |
| 46 | aliexpress.com/store/1100392684 | Shop1100387720 Store |
| 47 | aliexpress.com/store/1100388204 | Shop1100388203 Store |
| 48 | aliexpress.com/store/1100388875 | Shop1100388875 Store |
| 49 | aliexpress.com/store/1100392843 | Shop1100392843 Store |
| 50 | aliexpress.com/store/1102055276 | Shop1102055276 Store |
| 51 | aliexpress.com/store/1102056596 | Shop1102056596 Store |
| 52 | aliexpress.com/store/1102057571 | Shop1102057570 Store |
| 53 | aliexpress.com/store/1102059997 | Shop1102059997 Store |
| 54 | aliexpress.com/store/1102062559 | Shop1102062558 Store |
| 55 | aliexpress.com/store/1102061839 | Shop1102062874 Store |
| 56 | aliexpress.com/store/1102065130 | Shop1102065130 Store |
| 57 | aliexpress.com/store/1102083127 | Shop1102077128 Store |
| 58 | aliexpress.com/store/1102077279 | Shop1102077278 Store |
| 59 | aliexpress.com/store/1102079221 | Shop1102077288 Store |
| 60 | aliexpress.com/store/1102080157 | Shop1102081158 Store |
| 61 | aliexpress.com/store/1102086300 | Shop1102088281 Store |
| 62 | aliexpress.com/store/1102089242 | Shop1102091183 Store |
| 63 | aliexpress.com/store/1102094383 | Shop1102091360 Store |
| 64 | aliexpress.com/store/1102099070 | Shop1102097087 Store |
| 65 | aliexpress.com/store/1102109613 | Shop1102111567 Store |
| 66 | aliexpress.com/store/1102120325 | Shop1102120324 Store |
| 67 | aliexpress.com/store/1708167 | Shop1708167 Store |
| 68 | aliexpress.com/store/910332163 | Shop910332163 Store |
| 69 | aliexpress.com/store/1101561982 | Shop911046210 Store |
| 70 | aliexpress.com/store/1100222140 | ShopZLL198 Store |

| 71 | aliexpress.com/store/1100383898 | Sportswear Sale Store Store |
| 72 | aliexpress.com/store/1100353138 | trendy hip hop Store |
| 73 | aliexpress.com/store/1102093529 | TT design Store |
| 74 | aliexpress.com/store/1102021408 | TULX Trend Store (1) |
| 75 | aliexpress.com/store/1102005399 | WO CAO BU AI 438 Store |
| 76 | aliexpress.com/store/1101421867 | woyeah Store |
| 77 | aliexpress.com/store/1102088605 | ya ya T shirts Store |
| 78 | aliexpress.com/store/911778431 | zhouyuping Store |
| 79 | aliexpress.com/store/5940189 | zwxlhh Official Store |
| 80 | aliexpress.com/store/1101904961 | ZY Digital Store |
| 81 | amazon.com/sp?seller=A12RIR8I71JP6U | 7-15 Deliveried bijuan shop |
| 82 | amazon.com/sp?seller=A1MF2QPUZRNQC9 | A1MF2QPUZRNQC9 |
| 83 | amazon.com/sp?seller=A2RVX77AY9TL2R | A2RVX77AY9TL2R |
| 84 | amazon.com/sp?seller=A3XZ3OXJNVJAA | A3XZ3OXJNVJAA |
| 85 | amazon.com/sp?seller=A1D65NV068WMO6 | Aamzaon |
| 86 | amazon.com/sp?seller=A33GNG7BNFF8FM | Aliface |
| 87 | amazon.com/sp?seller=A2N0RYA47GSET7 | anime shoes store |
| 88 | amazon.com/sp?seller=A48SN1OVJ5P8N | asdqqweq |
| 89 | amazon.com/sp?seller=A3UTZZWO4IZ61H | ATOLS Direct |
| 90 | amazon.com/sp?seller=AW4CQRSYOCE6Z | BADBYS |
| 91 | amazon.com/sp?seller=AWC0B5BDSBDO5 | Bringlove |
| 92 | amazon.com/sp?seller=AZ9CB0A41C6GZ | BuilBlks |
| 93 | amazon.com/sp?seller=A1AJLPW82XUO87 | cc hp |
| 94 | amazon.com/sp?seller=A2LJTWB9QXHGO3 | cdfbh |
| 95 | amazon.com/sp?seller=A33CHZYXXEBJBW | chaikeus |
| 96 | DISMISSED | DISMISSED |
| 97 | amazon.com/sp?seller=A3V7Y5AP1OZBSM | Dayday happy |
| 98 | amazon.com/sp?seller=AUBRPX8UVMNBI | diaojingweidecaihongxiaodian |
| 99 | amazon.com/sp?seller=A3ER72BHG89RS6 | dongchunlan's shop |
| 100 | amazon.com/sp?seller=ARILUAEQYXSTB | DONGWANSHIXUWENDIANZISHANGW UYOUXIANGONGSI |
| 101 | amazon.com/sp?seller=A3KWMRST7B3BXI | Easy Friends |
| 102 | amazon.com/sp?seller=A1GQHH5PDSCVBO | Fisyme |
| 103 | amazon.com/sp?seller=A221LBCAMR9VMH | fushandileinuoshangmaoyouxiangongsi |
| 104 | amazon.com/sp?seller=AMWZCUUQZPOCQ | GaoQuanLiang-shop |
| 105 | amazon.com/sp?seller=A1W3DMIMJE21UU | Guangzhouyiyuanhuazhuangpinyouxian gongsi |
| 106 | amazon.com/sp?seller=A3UMB2W09MPAL2 | GUINE10-20 Days Arrive |
| 107 | amazon.com/sp?seller=A33351V8GWTFKT | haikouqiongshanqupuye |
| 108 | amazon.com/sp?seller=A1YAHGOYNEXETO | HARAVAL |
| 109 | amazon.com/sp?seller=A3MDL8TV1LSQE2 | Hewined-US |
| 110 | amazon.com/sp?seller=A15G0TEL596AB3 | Hidmeah |

| 111 | amazon.com/sp?seller=A1TU06IL732OX4 | Hiluckystars-US |
|---|---|---|
| 112 | amazon.com/sp?seller=A1MMPWA3I3EVTZ | Hing Lan Court |
| 113 | amazon.com/sp?seller=ARUZ76AB87A45 | Hivictor |
| 114 | amazon.com/sp?seller=A39M3GRNP1883N | HONGKONG WUCHUANG TECHNOLOGY CO., LIMITED |
| 115 | amazon.com/sp?seller=A2MW5SH0SFYXL1 | HULKAY Outlets |
| 116 | amazon.com/sp?seller=AZIFTUZRYUJ1F | HWlSixh4 |
| 117 | amazon.com/sp?seller=AFI2OL07VE0W | ITMCWLDirect |
| 118 | amazon.com/sp?seller=A1TT9USN3EOXLY | JCXM-US |
| 119 | amazon.com/sp?seller=A7H2FKLY0URJQ | JIANNACO |
| 120 | DISMISSED | DISMISSED |
| 121 | amazon.com/sp?seller=A2JJCWD63QFUCI | kunmingdiechashangmaoyouxiangongsi |
| 122 | amazon.com/sp?seller=A3GL3Y7FGTWNZT | liangamz |
| 123 | amazon.com/sp?seller=A1HX6XXVPH3WVW | Liangyouhan |
| 124 | DISMISSED | DISMISSED |
| 125 | amazon.com/sp?seller=A2GI8JHW9LODKV | liupeifeng |
| 126 | amazon.com/sp?seller=AX30ZY3PBFD3H | Luck store-007 |
| 127 | amazon.com/sp?seller=A1Q5WS5JWMOUXU | NOMK PTE. LTD. |
| 128 | amazon.com/sp?seller=A75FRLFY7Z8XI | ONLY CHARMS |
| 129 | amazon.com/sp?seller=A1FQSR79XW09LJ | Pan Juxin |
| 130 | amazon.com/sp?seller=A1GJWQQ6414VP2 | QINQIN-US |
| 131 | EXCEPTED | EXCEPTED |
| 132 | amazon.com/sp?seller=A1QB0DF314FTG7 | Romtice Flagship Store |
| 133 | amazon.com/sp?seller=A1ZOUP5AX1ZD99 | Shenzhen Cainiao Yuntong International Freight For |
| 134 | amazon.com/sp?seller=A1SUHAD88MPPQ2 | shop-us |
| 135 | amazon.com/sp?seller=A36IXT44S47MGT | shuaihanluan |
| 136 | amazon.com/sp?seller=A37P3CBOIHELWN | SJXF Company |
| 137 | amazon.com/sp?seller=A30H75PQXT9ALF | sport hat |
| 138 | amazon.com/sp?seller=A37EAET7MNNHP3 | SPSPSP |
| 139 | amazon.com/sp?seller=A2XG5FWKAJIT1Q | sunygirlPOP |
| 140 | amazon.com/sp?seller=A3HNU8O9AKN53M | tonghexianlefengshangmaoyouxiangongsi |
| 141 | amazon.com/sp?seller=A2CO8GKI4XTOI1 | UJYMJCXZDGTRBRGY |
| 142 | amazon.com/sp?seller=A2VGUSJBET73XU | UNIPIN |
| 143 | amazon.com/sp?seller=AQXMYOGD1HT12 | VHSDG |
| 144 | DISMISSED | DISMISSED |
| 145 | amazon.com/sp?seller=A3PA54ZC1W1A9T | WANGJUNING |
| 146 | amazon.com/sp?seller=ABE64HSWUZTZ3 | wangxue88 |
| 147 | amazon.com/sp?seller=A2U15TB861WE0G | weipingan |
| 148 | amazon.com/sp?seller=ANCDP1Z1MH1JR | WELL TEAM LIMITED |
| 149 | amazon.com/sp?seller=A2M4S69QOWA9AI | WGTRHWRBRT |

| 150 | amazon.com/sp?seller=A3UBF8DSVD6KGT | Winmax Direct |
| 151 | amazon.com/sp?seller=A1M8L2IPKBKJSF | XLW SPORT |
| 152 | amazon.com/sp?seller=A3HWLDQ10PLI09 | Xmas House |
| 153 | amazon.com/sp?seller=A3E7JHXV8OSOGG | yevvb |
| 154 | amazon.com/sp?seller=A1Q0WNRONCMUAN | YJSC |
| 155 | amazon.com/sp?seller=A1DOWDZLYLMDXX | YUhsad |
| 156 | amazon.com/sp?seller=A21TAOXDHNASB1 | yuihgfh |
| 157 | DISMISSED | DISMISSED |
| 158 | amazon.com/sp?seller=AVQ0X03KUVL82 | zhuweiyided |
| 159 | DISMISSED | DISMISSED |
| 160 | amazon.com/sp?seller=A2FA4JLPSPC72B | ZYMELLO |
| 161 | amazon.com/sp?seller=A2MJGVDDXOWZVN | zzcsbd |
| 162 | ebay.com/usr/hottest_store | hottest_store |
| 163 | ebay.com/usr/petshop | petshop |
| 164 | ebay.com/usr/tenghangda | tenghangda |
| 165 | ebay.com/usr/tianjinbangmaiyuans-0 | tianjinbangmaiyuans-0 |
| 166 | facebook.com/groups/473470694368864/user/100076232070095/ | Glcin Glen |
| 167 | facebook.com/Sneakers-china-Jessica-238932838034729/ | Sneakers china Jessica |
| 168 | wish.com/merchant/6039c9b1458e6e8cc834e762 | huangmeiqin3627 |
| 169 | wish.com/merchant/600142d01dc2b062e64825bf | lixiong3x |
| 170 | wish.com/merchant/5e6898a75c68186a54cfb117 | Yiyingbaby Inner |
| 171 | instagram.com/_chinese_suppliers_/ | _chinese_suppliers_ |
| 172 | instagram.com/addvv97/ | addvv97 |
| 173 | instagram.com/bggfactory44/ | bggfactory44 |
| 174 | instagram.com/chinese_brand_supplier/ | chinese_brand_supplier |
| 175 | instagram.com/cool_sneaker6/ | cool_sneaker6 |
| 176 | instagram.com/devinkicks1/ | devinkicks1 |
| 177 | instagram.com/fjsmcheng123/ | fjsmcheng123 |
| 178 | instagram.com/gk_store111/ | gk_store111 |
| 179 | instagram.com/koogwu013/ | koogwu013 |
| 180 | instagram.com/lasneakbout/ | lasneakbout |
| 181 | instagram.com/luxury__goods_1/ | luxury__goods_1 |
| 182 | instagram.com/rarerepsneaker3/ | rarerepsneaker3 |
| 183 | instagram.com/supplierfootwear/ | supplierfootwear |
| 184 | instagram.com/viptrade1/ | viptrade1 |
| 185 | walmart.com/seller/101173605 | Breakthrough Network |
| 186 | walmart.com/seller/101174578 | datongshifuledayaofangyouxiangongsi |

| 187 | 479401164.x.yupoo.com | 479401164.x.yupoo.com |
|-----|------------------------|------------------------|
| 188 | 91sheep.x.yupoo.com/albums?page=1 | 91sheep |
| 189 | x.yupoo.com/photos/xy0594xy/albums | agree |
| 190 | alvasneakers.com | alvasneakers.com |
| 191 | hicoco.org/ | hicoco.org |
| 192 | hipk.co | hipk.co |
| 193 | joystudio.x.yupoo.com/albums | joystudio |
| 194 | calidadog.x.yupoo.com/albums?tab=gallery | Latter_SellShoes |
| 195 | nikesadidas.com/ | nikesadidas.com |
| 196 | pickpk.com | pickpk.com |
| 197 | sneakerwill.shop | sneakerwill.shop |
| 198 | staysucc.me | staysucc.me |
| 199 | street-rules.com | street-rules.com |
| 200 | timsneakers.com | timsneakers.com |