IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 22-cv-05268 <br><br> **Judge Jorge L. Alonso** <br><br> **Magistrate Judge Young B. Kim** |

**PLAINTIFF'S RESPONSE TO MURTIAL'S "LETTER MOTION"**

Plaintiff Nike, Inc. ("Plaintiff" or "Nike") hereby submits this Response to MURTIAL's filing [46], classified as a "Letter Motion".

The Amazon Store "MURTIAL" is not a defendant in this case and is not listed on Schedule A. If MURTIAL is restrained in connection with this Lawsuit, then Amazon either determined on its own volition (and without any request from Plaintiff) that it is linked to one of the Seller Aliases listed on Schedule A or Amazon made an error. In any event, Plaintiff has requested Amazon to release any restraint on MURTIAL to the extent that it is restrained in connection with this case.

As such, Plaintiff respectfully requests that the Court deny MURTIAL's Motion to Dissolve the Temporary Restraining Order since MURTIAL is not a defendant in this case.

Dated this 6th day of December 2022.	Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Marcella D. Slay
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
mslay@gbc.law

*Counsel for Plaintiff Nike, Inc.*